107 F.3d 5w
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
UNITED STATES of America, Appellee,
v.
Robert J. SCARETTA, a/k/a Robert Scaretta; Susanna M.
Scaretta; a/k/a Susanna Scaretta; and Vincent
Graff, Defendants-Appellants,
Peter LYSOHR, Defendant.
 No. 96-1151(L).
 United States Court of Appeals, Second Circuit.
 Feb. 12, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION